On appellant—cross-respondent's motion for clarification of opinion filed April 12, former opinion clarified April 25, 1977. 

In the Matter of the Dissolution of the Marriage of
McCOY, *Respondent—Cross-Appellant,*
*and*
McCOY, *Appellant—Cross-Respondent.*
(No. 398-234, CA 5841)

563 P2d 738

Patrick M. Smith and Smith, Todd & Ball, P.C., Portland, for the motion.

Robert A. Bennett and Willner, Bennett, Riggs & Skarstad, Portland, contra.

JOHNSON, J.

**JOHNSON, J.**

The wife moves for clarification of our previous opinion wherein we modified the trial court decree by requiring that the husband pay interest on the $50,000 judgment awarded the wife. We did not state the date from which interest would run or how payment was to be made. Interest shall run from the date the decree was entered, January 15, 1976, and shall be payable monthly commencing on the last day of the month following the mandate.